**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Campbell, ) | No. CV 10-1733-PHX-MHM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Freddie Mac, et. al, ) | |
| Defendant. ) | |

The Court previously directed Plaintiff to respond to Defendants' Motion to dismiss by November 8, 2010 and informed him that failure to response would lead the court to grant the motion. (Doc. 16)  Plaintiff did not file a response.  Pursuant to LR. Civ. 7.2(i) "if the opposing party does not serve and file the required answering memoranda...such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily."  See also Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1994).

Accordingly,

**IT IS HEREBY ORDERED** granting Defendants Sunrise Bank of America and Neil Barna's Motion for Summary Disposition (doc. 10) seeking a ruling on the Motion to Dismiss, which was filed in the Maricopa County Superior Court on August 6, 2010 before the case was removed to federal court.

1     **IT IS FURTHER ORDERED** granting Defendants Sunrise Bank of America and
2 Neil Barna's Motion to Dismiss.
3     DATED this 13th day of December, 2010.

                                   Mary H. Murguia
                                   United States District Judge

- 2 -