**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Dennis Campbell, | ) | No. CV 10-1733-PHX-MHM |
| Plaintiff, | ) | **AMENDED ORDER** |
| vs. | ) | |
| Freddie Mac, et. al, | ) | |
| Defendants. | ) | |

    The Court previously directed Plaintiff Dennis Campbell to respond to Defendants Sunrise Bank of Arizona and Neil Barna's motion to dismiss by November 8, 2010 and informed him that failure to response would lead the court to grant the motion. Plaintiff did not file a response. Pursuant to LR. Civ. 7.2(i) "if the opposing party does not serve and file the required answering memoranda...such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." See also Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1994).

    The Court previously entered an order granting Defendants' motions, but erred by referring to one of the Defendants as Sunrise Bank of America rather than Sunrise Bank

/ / /

/ / /

/ / /

1  of Arizona.  (Doc. 17) For this reason, the Court issues this amended order correcting this
2  error.
3      Accordingly,
4      **IT IS HEREBY ORDERED** granting Defendants Sunrise Bank of Arizona and
5  Neil Barna's Motion for Summary Disposition (doc. 10) seeking a ruling on the Motion to
6  Dismiss, which was filed in the Maricopa County Superior Court on August 6, 2010
7  before the case was removed to federal court.
8      **IT IS FURTHER ORDERED** granting Defendants Sunrise Bank of Arizona and
9  Neil Barna's Motion to Dismiss.
10     DATED this 14th day of December, 2010.

_____
Mary H. Murguia
United States District Judge